■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD L. KEMP, Appellant. (Appeal No. 1.) [706 NYS2d 654] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that his guilty plea was not voluntary, knowing and intelligent (*see generally, People v Moore*, 147 AD2d 745; *see also, People v Davis*, 161 AD2d 787, *lv denied* 76 NY2d 939). We likewise reject the contention of defendant that the sentence is unduly harsh or severe. Because defendant did not assert in County Court that he was denied his constitutional right to a speedy trial, he has failed to preserve that contention for our review (*see, People v Moss*, 188 AD2d 620, 620-621, *lv denied* 81 NY2d 890; *People v Larry*, 178 AD2d 282, *lv denied* 79 NY2d 1003; *see also, People v Ferguson*, 192 AD2d 800, *lv denied* 82 NY2d 717), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). (Appeal from Judgment of Cayuga County Court, Corning, J.—Rape, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.